

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00921-CV

**IN RE** John J. **ROCKEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

On December 3, 2018, relator filed a petition for writ of mandamus and a motion for temporary relief. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is also DENIED. This court's opinion will issue at a later date.

It is so **ORDERED** on December 4, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CI-19967, styled *In the Matter of the Marriage of John J. Rocky and Mubeena Rocky*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.